IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | ) <br> ) <br> ) | 8:04CR294 |
| v. | ) <br> ) | USM No: 13896-047 |
| GLENN E. WAGNER,<br>        Defendant.<br>Date of previous judgment: May 11, 2005<br>Date of prior sentence reduction: August 13, 2008 | ) <br> ) <br> ) <br> ) |   David R. Stickman<br>Defendant's Attorney |

**Order Regarding Motions for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motions of the Defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motions,

**IT IS ORDERED**: the unopposed motion (Filing No. 262) is GRANTED; the stipulation (Filing No. 263) is approved; the Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 188 months, later reduced to 151 months, is reduced to 121 months; and the Defendant's pro se motion (Filing No. 258) is denied as moot.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 31 | |
| Criminal History Category: | II | Criminal History Category: | II | |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 121 to 151 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

✓ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated May 11, 2005, shall remain in effect. The fine range is $15,000-$4,000,000.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2011
Effective Date: December 20, 2011

                                                s/Laurie Smith Camp
                                                Chief United States District Judge